UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-405 ODW(FMOx) | Date | June 11, 2010 |
|---|---|---|---|
| Title | Construction Laborers Trust Funds for Southern California Administratvie Company v. Bill's Landscaping, Inc. et al | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**   Second Order to Show Cause re Dismissal for Lack of Prosecution

Plaintiff is ordered to show cause in writing no later than **Friday, June 25, 2010** why this action should not be dismissed for lack of prosecution. Default against defendant(s) Bill's Landscaping, Inc., Merri Ann Pursley, William E. Pursley and American Contractors Indemnity Company, was entered by the Clerk on June 9, 2010 [14].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

> **1. Plaintiff's filing of a noticed motion for entry of default judgment against the above-named defendants.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-405 ODW(FMOx) | Date | June 11, 2010 |
|---|---|---|---|
| Title | Construction Laborers Trust Funds for Southern California Administratvie Company v. Bill's Landscaping, Inc. et al | | |

which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

In light of Plaintiff's Request for Clerk to Enter Default [8] filed June 8, 2010, the Court's Previous Order to Show Cause [7] is DISCHARGED.

                                                                    :     00

                                          Initials of Preparer     RGN